# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANCHORAGE SCHOOL DISTRICT, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, *et al.* <br><br> *Defendants*. | Case No. 25-cv-00347 |

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs respectfully give notice to the Court that they withdraw their Motion for Preliminary Injunction and to Preliminarily Set Aside and Stay Agency Action ("Motion"), ECF No. 9, because Defendants have now obligated the federal formula grant funds at issue.

Plaintiffs filed their Complaint, ECF No. 1, and Motion on July 21, 2025. The Motion asked the Court to vacate and set aside, and/or enjoin the Government's freezing of approximately $6 billion in federal formula grants under the Elementary and Secondary Education Act that was required by law to be provided to states, for pass through to local education authorities like Plaintiff school districts, promptly on July 1, 2025. Plaintiffs described the significant irreparable harm resulting from the unprecedented impoundment of these funds: instead of preparing for the new school year, school districts were canceling planned activities, considering layoffs, and reevaluating their budgets with classes about to start; parents, students, and educational organizations

faced the loss of critical programs and prospect of learning loss; while teachers faced job loss, sudden change in responsibilities, and elimination of important training. Plaintiffs explained that the Administration's withholding of these funds was unconstitutional and illegal.

Four days after Plaintiffs' filings, on Friday, July 25, 2025, Defendant Department of Education announced to states, and Defendant Office of Management and Budget announced to the press, that all the frozen funds at issue in Plaintiffs' Motion would be released. States have received previously withheld funding, and Defendants have represented to Plaintiffs that the Government has now disbursed all outstanding funds.

Accordingly, having obtained relief for which they sought a preliminary injunction, Plaintiffs hereby withdraw their Motion.

Dated: August 4, 2025    Respectfully submitted,

*/s/ Miriam Weizenbaum*
Miriam Weizenbaum (RI Bar # 5182)
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
Miriam@dwbrlaw.com

*/s/ Steven Y. Bressler*
Steven Y. Bressler (D.C. Bar No. 482492)[+]
Kali Schellenberg (MA BBO No. 694875)[+]
Skye Perryman (D.C. Bar No. 984573)[+]
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kschellenberg@democracyforward.org
sbressler@democracyforward.org

/s/ Daniel F. Jacobson
Daniel F. Jacobson (D.C. Bar No. 1016621)[+]
Lynn D. Eisenberg (D.C. Bar No. 1017511)[+]
Kyla M. Snow (OH Bar No. 96662)[+,^]
John Robinson (D.C. Bar No. 1044072)[+]
Jacobson Lawyers Group PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(301) 823-1148
kyla@jacobsonlawyersgroup.com

*Counsel for All Plaintiffs*

Robert T. Reilly, Jr. (NY Bar No. 2598514)[+]
52 Broadway, 9th Floor
New York, NY 10004
(518) 213-6000
Robert.Reilly@nysut.org

*Counsel for Plaintiff New York State United Teachers*

[+] Pro hac vice
[^] Not admitted in the District of Columbia. Practice supervised by members of the D.C. bar.

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 4, 2025, I filed this document through the CM/ECF e-filing system. I also certify that the foregoing document is being served on Defendant's counsel of record and that service will be accomplished by the CM/ECF system.

                                    */s/ Steven Bressler*
                                    Steven Bressler