IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANCHORAGE SCHOOL DISTRICT, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*<br><br>*Defendants*. | Case No. 25-cv-00347 |

**JOINT MOTION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE SUBJECT TO THE TERMS OF THE PARTIES' STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants Linda McMahon, in her official capacity as Secretary of Education; the U.S. Department of Education; Russell Vought, in his official capacity as Director of the U.S. Office of Management and Budget; and the U.S. Office of Management and Budget ("Defendants"); and Plaintiffs Anchorage School District, Cincinnati Public Schools, Fairbanks North Star Borough, Kuspuk School District, AFT Pennsylvania, California Federation of Teachers, Illinois Federation of Teachers, Florida Education Association, Florida PTA, New York State United Teachers, Ohio Federation of Teachers, P.S. 305, Rhode Island Federation of Teachers and Health Professionals, and Texas American Federation of Teachers ("Plaintiffs") (collectively, the "Parties") move the Court to dismiss Plaintiffs' Complaint without prejudice subject to the terms of the below stipulation.

WHEREAS, Plaintiffs filed the Complaint in this action on July 21, 2025 (ECF No. 1);

WHEREAS, Plaintiffs' Complaint alleges that Defendants' decision not to make Elementary and Secondary Education Act Title I-C, Title II-A, Title III-A, and Title IV-A federal formula grant (collectively, the "ESEA federal formula grant programs") funds available to State Education Authorities (SEAs), for pass-through to Local Education Authorities like the Plaintiff school districts, on July 1 (the "First Tranche") pending a policy review is contrary to law, arbitrary and capricious, and unconstitutional;

WHEREAS, during the week of July 28, 2025, Defendants made the First Tranche of funds for the ESEA federal formula grant programs (amounting to a portion of the full allotment for Federal Fiscal Year 2025-26 (FY 2025-26)) available to SEAs through issuance of Grant Award Notices (GANs);

WHEREAS, Plaintiffs contend that Defendants are required by law to make a second tranche of funds for the ESEA federal formula grant programs (amounting to the balance of the full allotment for FY 2025-26) available to the SEAs on October 1, 2025 (the "Second Tranche");

WHEREAS, Plaintiffs have agreed to dismiss the Complaint without prejudice subject to Defendants' stipulation that Defendants will make the Second Tranche of funds for the ESEA federal formula grant programs available to SEAs on or about October 1, 2025;

WHEREAS, Defendants do not concede that any of Plaintiffs' claims are meritorious, but nevertheless intend to make the Second Tranche of funds available on or about October 1, 2025;

THEREFORE, the Parties do HEREBY STIPULATE AND AGREE as follows:

1. Defendants agree to make the Second Tranche of funds for the ESEA federal formula grant programs available to SEAs through issuance of GANs on or about October 1,

2025, without any new conditions or restrictions beyond those specified in the First Tranche GANs;

2. On the basis of Defendants' representations in this stipulation, the Parties agree that the Complaint shall be dismissed without prejudice;

3. This stipulation applies only to FY 2025-26 funds for the ESEA federal formula grant programs described in the Complaint;

4. Defendants enter into this stipulation without prejudice to any arguments that this Court lacks jurisdiction to entertain Plaintiffs' claims;

5. All parties will bear their own fees and costs;

6. The Court retains jurisdiction to enforce the terms of the stipulation, until such time as all funds of the Second Tranche have been made available in keeping with the above recitals; and

7. Should Plaintiffs come to believe that Defendants have failed to abide by the terms of this stipulation, the Parties may raise any jurisdictional issues prerequisite to enforcement.

Accordingly, the Parties respectfully request that the Court dismiss the Complaint without prejudice subject to terms of the above stipulation.

Dated August 25, 2025          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director

*/s/ Cesar Azrak*
Cesar Azrak
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693
Email: cesar.e.azrak@usdoj.gov

*Counsel for the United States*

*/s/ Miriam Weizenbaum*
Miriam Weizenbaum (RI Bar # 5182)
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
Miriam@dwbrlaw.com

*/s/ Steven Y. Bressler*
Steven Y. Bressler (D.C. Bar No. 482492)[+]
Kali Schellenberg (MA BBO No. 694875)[+]
Skye Perryman (D.C. Bar No. 984573)[+]
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kschellenberg@democracyforward.org
sbressler@democracyforward.org

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar No. 1016621)[+]
Lynn D. Eisenberg (D.C. Bar No. 1017511)[+]
Kyla M. Snow (OH Bar No. 96662)[+ ^]
John Robinson (D.C. Bar No. 1044072)[+]
Jacobson Lawyers Group PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(301) 823-1148
Dan@jacobsonlawyersgroup.com
Lynn@jacobsonlawyersgroup.com
john@jacobsonlawyersgroup.com
kyla@jacobsonlawyersgroup.com

*Counsel for All Plaintiffs*

Robert T. Reilly, Jr. (NY Bar No. 2598514)[+]
52 Broadway, 9th Floor

New York, NY 10004
(518) 213-6000
Robert.Reilly@nysut.org

*Counsel for Plaintiff New York State United Teachers*

[+] Pro hac vice
[^] Not admitted in the District of Columbia. Practice supervised by members of the D.C. bar.

...
...
...
...

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2025, I filed this document through the CM/ECF e-filing system. I also certify that the foregoing document is being served on Defendants' counsel of record and that service will be accomplished by the CM/ECF system.

*/s/ Steven Bressler*
Steven Bressler